**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CITIBANK, N.A., | 2:12-cv -00743 -MMD -VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| GAREGIN SPARTALIAN | |
| Defendant. | |

The Court has scheduled a hearing on defendant Garegin Spartalian's Motion to Quash (#3) for Wednesday, June 13, 2012 at 10:00 a.m. in Courtroom 3A. (#8).

IT IS HEREBY ORDERED that an officer or managing agent of plaintiff Citibank, N.A. shall be present at the hearing scheduled for Wednesday, June 13, 2012 at 10:00 a.m. in Courtroom 3A.

DATED this 7th day of June, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE