# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CITIBANK, N.A., | 2:12-cv -00743 -MMD -VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| GAREGIN SPARTALIAN | |
| Defendant. | |

The Court has scheduled a hearing on defendant Garegin Spartalian's Motion to Quash (#3) and Motion to Consolidate and for Reimbursement of Filing Fee (#7) for Wednesday, June 13, 2012 at 10:00 a.m. in Courtroom 3A. (#8).  Mr. Peter M. Angulo has inquired whether the Court will allow a telephonic appearance by the designated officer or managing agent of plaintiff Citibank, N.A. at hearing, since she resides in Florida.

IT IS HEREBY ORDERED that an officer or managing agent of plaintiff Citibank, N.A. may appear telephonically at the hearing scheduled for Wednesday, June 13, 2012 at 10:00 a.m. in Courtroom 3A.  The call in conference number is 1-702-868-4911 and the passcode is 123456.

DATED this 8th day of June, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE